Chapter 13 Plan Form, Revised 10/24/2005

**Amended CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COUR/sT**
**NORTHERN DISTRICT OF MISSISSIPPI     CASE NO. 11-15850**

| | | |
|---|---|---|
| Debtor  James R. Williams | SSN#  xxx-xx-0076 | Current Monthly Income  $1879.14 |
| Joint Debtor  Connie A. Williams | SSN#  xxx-xx-2635 | Current Monthly Income  $ |
| Address  350 CR 646 | | No. of Dependents        3 |
| Plantersville, MS 38862 | | |

Telephone No. _____     **TAX REFUNDS AND EIC FOR DISTRIBUTION:** $ _____

**THIS PLAN DOES NOT ALLOW CLAIMS.  Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured/priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of ___60___ months, not to exceed 60 months.  Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)     Debtor shall pay ____$355.58____ per ___bi-weekly___ to the Chapter 13 Trustee.
         A payroll deduction order will be issued to Debtor's employer @: Home Stretch Furniture
                                                                                              P.O. Box 379
                                                                                              Nettleton, MS 38858

(B)     Joint Debtor shall pay _____$0.00_____ per _____ to the Chapter 13 Trustee.
         A payroll deduction order will be issued to Debtor's employer @:_

**PRIORITY CREDITORS.**  Filed claims that are not disallowed to be paid in full:

| | | | |
|---|---|---|---|
| MS Tax Commission | $30.00 | @ | $.50     /mo. |
| | | @ | $     /mo. |

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**

**HOME MORTGAGE(S)**

| | | | | | |
|---|---|---|---|---|---|
| MTG PMTS TO:  Citi Mortgage | BEGINNING | 5/12 | @ | $545.00/MO | ☑ PLAN ☐ DIRECT |
| MTG ARREARS TO:  Citi Mortgage | THROUGH | 4/11/4/12 | | $4,905.00 | @ $ 81.75     /MO* |

(*Including interest at 0.00%)

**SECURED CLAIMS.**  Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.
* Pay Claim plus Contract Rate or 7.00%, whichever is less; ** Pay Value plus Contract Rate or 7.00%, whichever is less.

Debtor's
Initials _____

Joint Debtor's Initials _____

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| Easy Finance | 3 Bedroom(s) / 1.5 Bath(s) Home on 1.20 Acres | **$1,734.08** | | *7% | $2,060.17 | $34.34 |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.)  ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT.  Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| Easy Finance | Mobile Home on 1 acre, '89 Ford, '96 Ford, 3BR/2B | $14,210.00 | Surrender Pay $0.00 |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:

Adequate Protection

| Creditor's Name | Adequate Protection Percentage | Adequate Protection Payment |
|---|---|---|
| | | |

**UNSECURED DEBTS** totaling approximately ___$3,892.17___ are to be paid in deferred payments to Creditors that have **TIMELY FILED CLAIMS ONLY** that are not disallowed: ☐ IN FULL or ☑ _0_ % PERCENT MINIMUM.

Total Attorney Fees Charged $2,800.00

Attorney Fees Previously Paid $726.00
Attorney Fees to be paid through the plan $2,074.00

Pay administrative costs and debtor's attorney fees pursuant to Court Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent

Attorney for Debtor (Name/Address/Phone #/Email)
Denvil F. Crowe
The Law Office of Denvil F. Crowe
346 North Green Street
Post Office Box 1158
Tupelo, MS  38804

Telephone/Fax

Telephone/Fax    (662) 844-7949/(662) 680-4816
Email Address    Court@denvilcrowe.com

Debtor's
Initials _____

Joint Debtor's Initials _____

DATE: March 21, 2012 _____          DEBTOR'S SIGNATURE _____

                                        JOINT DEBTOR'S SIGNATURE _____

                                        ATTORNEY'S SIGNATURE        _____